**Opinion issued June 6, 2024**



In The

# Court of Appeals

For The

## First District of Texas

—————————————

### NO. 01-23-00770-CV

—————————————

**SEMCO MANUFACTURING COMPANY, INC., SEMCO SEMCOLD, LLC, AND NORMAN CAUDLE, Appellants**

**V.**

**KATIE'S SEAFOOD, LLC AKA KATIE'S SEAFOOD MARKET, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 19-CV-0191**

---

### MEMORANDUM OPINION

Appellants Semco Manufacturing Company, Inc., Semco Semcold LLC, and Norman Caudle have neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not respond.

*See* TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.